UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| v. | ) | No. | 10 CR 673 |
| | ) | Hon. | Matthew F. Kennelly |
| TOMMY MOORE | ) | | |
| aka "Little Tommy" | ) | | |

**INFORMATION STATING PREVIOUS DRUG CONVICTION TO BE
RELIED UPON IN SEEKING INCREASED PUNISHMENT**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby files this Information Stating Previous Conviction to Be Relied Upon in Seeking Increased Punishment pursuant to 21 U.S.C. § 851(a):

In the event the defendant is convicted of the offense under Title 21, United States Code, Section 846 as charged in Count One, or under Title 21, United States Code, Section 841(a)(1) as charged in Count Eleven, the United States shall seek increased punishment pursuant to Title 21, United States Code, Section 841(b), based on one of the following convictions for a felony drug offense that became final prior to the commission of the offenses charged in Counts One and Eleven of the Indictment:

(i) On or about June 6, 2007, in the Circuit Court of Cook County, Illinois, Docket # 06CR0722602, defendant TOMMY MOORE was convicted of manufacture/delivery of a controlled substance, in violation of the Ill. Rev. Stat., ch. 56 ½, ¶ 1402(c), and sentenced one year of incarceration.

WHEREFORE, the government gives notice that defendant has at least one prior conviction for a felony drug offense, and thus the sentence upon his conviction for the offense under Title 21,

United States Code, Section 846 as charged in Count One of the Indictment in this case shall include a term of imprisonment of not less than twenty years and not more than life imprisonment, a fine not to exceed $8,000,000, and a term of supervised of not less than 10 years, pursuant to Title 21, United States Code, Section 841(b)(1)(A); and the sentence upon his conviction for the offense under Title 21, United States Code, Section 841(a)(1) as charged in Count Eleven of the Indictment in this case shall include a term of imprisonment of not more than thirty years, a fine not to exceed $2,000,000, and a term of supervised of not less than 6 years, pursuant to Title 21, United States Code, Section 841(b)(1)(C).

Dated: November 16, 2010

Respectfully submitted,
PATRICK J. FITZGERALD
United States Attorney

By:  /s/ Yasmin N. Best
MEGAN CUNNIFF CHURCH
BETHANY K. BIESENTHAL
YASMIN N. BEST
Assistant United States Attorneys
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-5300