UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 10 CR 673 |
| vs. | ) | |
| | ) | Hon. Matthew F. Kennelly |
| TOMMY MOORE | ) | |

## NOTICE OF OBJECTIONS

Please take notice that at 1:30 p.m. on April 23, 2012, I shall appear before Judge Matthew F. Kennelly in the courtroom usually occupied by him at 219 South Dearborn Street, Courtroom 2103, and present the attached Government's Objections To Presentence Investigation Report, a copy of which is hereby served on you.

Dated: April 16, 2012　　　　By:　　s/Megan Cunniff Church
　　　　　　　　　　　　　　　　　　MEGAN CUNNIFF CHURCH
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　United States Attorney's Office
　　　　　　　　　　　　　　　　　　219 South Dearborn Street
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60604
　　　　　　　　　　　　　　　　　　(312) 886-1173