UM

January 7, 2015

VIA U.S. MAIL

Honorable Matthew F. Kennelly
Judge, U.S. District Court
Northern District of Illinois
219 South Dearborn Street
U.S. Courthouse-5th Floor
Chicago, Illinois 60604

**FILED**

JAN 1 2 2015
JAN 12 2015
JUDGE MATTHEW F. KENNELLY
UNITED STATES DISTRICT COURT

              Re:    United States of America v.
                     Tommy Moore
                     In U.S. District Court
                     Northern District of Illinois
                     Case No. 10-CR-673-14
                     18 U.S.C. 3582(c)(2)

Dear Judge Kennelly:

     I am writing you with regards to the most recent change
in the guidelines pursuant to drug minis two.

     Sir, as you are aware, having appeared before this court
and then accepting responsibility, this court sentenced me to
a 156 months. At the time, my guidelines were 188 months to 235
months but this court then sentenced me to 156 months in which
currently I remain incarcerated.

     Judge Kennelly, as you will find, most recently I have
obtained my "GED" and continue to effectively program for a
positive re-entry back into society. The reason for this ex parte
letter, is for the purposes of clarification, to the extent I am
requesting that this court consider reducing my sentence to 120
months. Respectfully, and in the interest of justice I have taken
the liberty of providing a copy to the Honorable Megan C. Church,
Assistant United States Attorney for her response if so needed.

     Finally, I trust this court will consider my request in all
efforts for the 120 months and or a hearing to establish such
facts. Thank you.

     Thanks again. I await this courts reply.

                              Sincerely,

                              Tommy Moore
                              Tommy Moore

TM/tm

1

Honorable Matthew F. Kennelly
Judge, U.S. District Court
Page 2
January 7, 2015


c: Honorable Megan Cuniff Church, Assistant U.S. Attorney

enc.